## COM.

v.

**HENDRICKS, M.**

**234 EDA 2016**

Superior Court of Pennsylvania.

07/11/2017

CP–39–CR–0003173–2009 (Lehigh)

Affirmed

■

## COM

v.

**THOMAS, M.**

**1192 EDA 2016**

Superior Court of Pennsylvania.

07/11/2017

CP–51–CR–0012195–2014 (Philadelphia)

Affirmed

■

## COM.

v.

**TORO, J.**

**1727 EDA 2016**

Superior Court of Pennsylvania.

07/11/2017

CP–39–CR–0004647–2012 (Lehigh)

Affirmed

■

## LANDAU, J.

v.

**LANDAU, E.**

**1954 EDA 2016**

Superior Court of Pennsylvania.

07/11/2017

Reargument Denied 9/18/2017

No. 2001–24912, Pacses # 475104080 (Montgomery)

Affirmed

■

## COM.

v.

**NEWSUAN, D.**

**2523 EDA 2016**

Superior Court of Pennsylvania.

07/11/2017

CP–51–CR–0009215–2008 (Philadelphia)

Affirmed